Eastern District of Kentucky
**FILED**

APR 24 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

**UNITED STATES OF AMERICA**

**V.**

**JASON W. BACK**

**INDICTMENT NO.** *7:25-cr-018-DLB*

**18 U.S.C. § 2422(b)**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about March 6, 2023, and continuing until on or about March 9, 2023, in

Magoffin County, in the Eastern District of Kentucky,

### JASON W. BACK

did knowingly persuade, induce, entice, or coerce an individual under the age of 18, using

a means or facility of interstate commerce, to engage in sexual activity for which any

person can be charged with a criminal offense, namely, Rape in the Third Degree under

Kentucky Revised Statute § 510.060, all in violation of 18 U.S.C. § 2422(b).

**A TRUE BILL**

████████████

**FOREPERSON**

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not less than 10 years and not more than life imprisonment, a fine not more than $250,000, and a term of supervised release of at least 5 years up to life.

**PLUS:**      Mandatory special assessment of $100.

              Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses within Chapter 117 of the United States Code.

**PLUS:**      Restitution, if applicable.